

**BARTON•BRIMM**

1500 Highway 17 Business North
Suite 214
Surfside Beach, SC 29575
(803) 256-6582
www.bartonbrimm.com

**CHRISTINE E. BRIMM**
*Certified Specialist in Bankruptcy and Debtor-Creditor Law*

**BRIANNA J. MORRISON**
*Associate Attorney*

**BARBARA GEORGE BARTON**
*Retired*

**Mailing Address**
P.O. Box 14805
Myrtle Beach, SC 29587

cbrimm@bartonbrimm.com
bmorrison@bartonbrimm.com

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
1/19/2022
JEFFREY P. COLWELL, CLERK

January 19, 2022

The Honorable R. Brooke Jackson
Senior United States District Judge
**VIA EMAIL Jackson_chambers@cod.uscourts.gov**

    Re:    *Millennium Funding, Inc., et. al v. Micfo, LLC*
              Case No. 1:21-cv-01594-RBJ

    And in Reference to:
           *In re Amir Golastan Parast a/k/a Amir Golestan*
           Bankruptcy Case No. 19-05657-dd

Dear Judge Jackson:

This Firm represents Michelle L. Vieira ("Trustee"), the Chapter 7 Trustee in the above-referenced bankruptcy case of Amir Golastan Parast a/k/a Amir Golestan ("Golestan"). I was notified of an Order to Show Cause entered in the above case on January 6, 2022. While I do not believe the Order to Show Cause is directed in any way to my client, out of abundance of caution, I am submitting this letter to inform the Court of my client's relationship to the Defendant Micfo, LLC ("Micfo").

Upon the filing of Golestan's bankruptcy, Golestan's 100% interest in Micfo became property of the bankruptcy estate. Accordingly, the Trustee holds the beneficial interest in Micfo.

Pursuant to the original Operating Agreement for Micfo, Micfo is a manager-managed limited liability company. Golestan was the Manager of Micfo until December 29, 2021, at which time he tendered his resignation. Micfo is currently without a manager. The Trustee is not now, nor has she ever been, the manager of Micfo. The Trustee has not participated in any capacity in this District Court case.

Should Your Honor need further information, I will be happy to be of assistance.

Yours Very Truly,

BARTON/BRIMM, PA

Christine E. Brimm
cc:    Michelle Vieira, Trustee