**CHRISTINE E. BRIMM**
*Certified Specialist in Bankruptcy*
*and Debtor-Creditor Law*

**BARBARA GEORGE BARTON**
*Retired*

**BARTON • BRIMM**

1500 Highway 17 Business North
Suite 214
Surfside Beach, SC 29575
(803) 256-6582
www.bartonbrimm.com

**Mailing Address**
P.O. Box 14805
Myrtle Beach, SC 29587

cbrimm@bartonbrimm.com

June 20, 2022

The Honorable R. Brooke Jackson
Senior United States District Judge
**VIA E-MAIL Jackson_chambers@cod.uscourts.gov**

    Re:    *Millennium Funding, Inc., et. al v. Micfo, LLC*
            Case No. 1:21-cv-01594-RBJ

    And in Reference to:
    *In re Amir Golastan Parast a/k/a Amir Golestan*
    Bankruptcy Case No. 19-05657-dd

Dear Judge Jackson:

This Firm represents Michelle L. Vieira ("Trustee"), the Chapter 7 Trustee in the above-referenced bankruptcy case of Amir Golastan Parast a/k/a Amir Golestan ("Golestan"). As I previously informed the Court, the Trustee holds the 100% beneficial interest in Micfo, LLC in her capacity as Trustee for Golestan.

I was served with Plaintiff's Response to Order to Show Cause [Doc. #36], which requests that this Court grant relief that requires action by the Trustee in her official capacity as Chapter 7 Trustee. The relief requested violates the Barton Doctrine which requires leave of the bankruptcy court before any other court may issue an order directing the Trustee to take action in her official capacity. *See In re Avenatti, LLP*, C/A No. 8:19-bk-13560-SC (Bankr. C.D. Cal. March 3, 2022); *MF Global Holdings, LTD v. Allied World Assurance Co., LTD, et al. (In re MF Global Holdings, LTD.)*, Adv. Pro. No. 16-01251, C/A No. 11-15059 (Bankr. S.D.N.Y., Jan. 31, 2017).

The Plaintiff's pleading is also a violation of the automatic stay. The Trustee's membership rights in Micfo are property of the estate, and the Plaintiff seeks an order directing the Trustee to exercise those membership rights.

The Trustee is not a party to this action and opposes any relief directed at the Trustee.

Should Your Honor need further information, I will be happy to be of assistance.

Yours Very Truly,

Christine E. Brimm

cc:    Michelle Vieira, Trustee
        Kerry Culpepper (via -email)